# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY O'SULLIVAN, *individually and* On behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 1:17-cv-2237 ) ) |
| ISPRING WATER SYSTEMS, LLC, a Domestic limited liability company, | ) ) ) |
| Defendant. | ) JURY TRIAL DEMANDED ) |

## JOINT NOTICE OF RESOLUTION IN PRINCIPLE
## AND REQUEST TO STAY ALL CURRENT DEADLINES

Plaintiff, Timothy O'Sullivan, together with Defendant iSpring Water Systems, LLC (collectively, the "Parties"), through their respective undersigned counsel, file this Joint Notice of Resolution in Principle and Request to Stay All Current Deadlines to inform the Court that the Parties have reached a resolution in principle of all claims at issue in Plaintiff's First Amended Class Action Complaint (Dkt. 5). Because of their agreement in principle to resolve all claims at issue, the Parties respectfully request that the Court stay, for twenty-one (21) days, all deadlines, including any briefing deadlines with respect to Defendant's pending Motion for Judgment on the Pleadings or in the Alternative to Dismiss for Failure to

State a Claim (Dkt. 16) while the parties finalize a settlement agreement and ultimately dismiss this case with prejudice.  This request is brought in good faith and not for purposes of undue delay or any other improper purpose.

Respectfully submitted, this 6th day of September, 2017.

**HURT STOLZ, P.C.**

s/ James W. Hurt, Jr.
James W. Hurt, Jr.
Georgia Bar No.:  380104

345 West Hancock Avenue
Athens, Georgia 30601
(706) 395-2750
Facsimile:  (866) 766-9245
jhurt@hurtstolz.com

-and-

**KOZONIS LAW, LTD.**

s/ Gary M. Klinger
Gary M. Klinger
 (*pro hac vice*)

4849 N. Milwaukee Ave., Ste. 300
Chicago, Illinois 60630
Phone: 773.545.9607
Fax: 773.496.8617
gklinger@kozonislaw.com          **ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASSES**

-and-

                                **MORRIS MANNING & MARTIN LLP**

                                s/ John P. Fry
                                John P. Fry
                                Georgia Bar No. 278705

344 Peachtree Road, N.E.
1600 Atlanta Financial Center
Atlanta, Georgia 30326
Telephone (404) 233-7000
Facsimile (404) 365-9523
Email:  jfry@mmmlaw.com        **ATTORNEY FOR DEFENDANT**
                                **iSPRING WATER SYSTEMS, LLC**

## LOCAL RULE 5.1 CERTIFICATION

I certify that the foregoing was prepared using Time New Roman (14 point) font pursuant to Local Rule 5.1(c).

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first-class mail.

Respectfully submitted, this 6th day of September, 2017.

**KOZONIS LAW, LTD.**

s/  Gary M. Klinger
Gary M. Klinger
 (*pro hac vice*)

4849 N. Milwaukee Ave., Ste. 300
Chicago, Illinois 60630
Phone: 773.545.9607
Fax: 773.496.8617
gklinger@kozonislaw.com                **ATTORNEY FOR PLAINTIFF**