IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIMOTHY O'SULLIVAN,
individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

ISPRING WATER SYSTEMS, LLC,
a domestic limited liability company,

        Defendant.

1:17-cv-2237-WSD

## ORDER

On September 6, 2017, the parties filed their Joint Notice of Resolution in Principle [20], in which the parties state that they have "reached a resolution in principle of all claims at issue in Plaintiff's First Amended Class Action Complaint." ([20] at 1). The parties are directed to file dismissal documents on or before October 10, 2017. The Court removes the case from its calendar and directs the Clerk of Court to close the case administratively with the right of any party to reopen the case if the settlement is not concluded.

**SO ORDERED** this 6th day of September, 2017.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE