# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY O'SULLIVAN, *individually and* On behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 1:17-cv-2237 ) ) |
| ISPRING WATER SYSTEMS, LLC, a Domestic limited liability company, | ) ) ) |
| Defendant. | ) JURY TRIAL DEMANDED ) |

## STIPULATED DISMISSAL WITH PREJUDICE
## PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Timothy O'Sullivan, together with Defendant iSpring Water Systems, LLC (collectively, the "Parties"), through their respective undersigned counsel, file this stipulated dismissal with prejudice, stipulating that all claims of Plaintiff against Defendant be dismissed in their entirety with prejudice, each party to bear its own costs.

Respectfully submitted, this 29th day of September, 2017.

          **HURT STOLZ, P.C.**

          s/ James W. Hurt, Jr.
          James W. Hurt, Jr.
          Georgia Bar No.: 380104

345 West Hancock Avenue
Athens, Georgia 30601
(706) 395-2750
Facsimile: (866) 766-9245
jhurt@hurtstolz.com

          -and-

          **KOZONIS LAW, LTD.**

          s/ Gary M. Klinger
          Gary M. Klinger
          (*pro hac vice*)

4849 N. Milwaukee Ave., Ste. 300
Chicago, Illinois 60630
Phone: 773.545.9607
Fax: 773.496.8617
gklinger@kozonislaw.com     **ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASSES**

          -and-

344 Peachtree Road, N.E.
1600 Atlanta Financial Center
Atlanta, Georgia 30326
Telephone (404) 233-7000
Facsimile (404) 365-9523
Email:  jfry@mmmlaw.com

**MORRIS MANNING & MARTIN LLP**

s/  John P. Fry
John P. Fry
Georgia Bar No. 278705

**ATTORNEY FOR DEFENDANT
iSPRING WATER SYSTEMS, LLC**

## LOCAL RULE 5.1 CERTIFICATION

I certify that the foregoing was prepared using Time New Roman (14 point) font pursuant to Local Rule 5.1(c).

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first-class mail.

Respectfully submitted, this 29th day of September, 2017.

**KOZONIS LAW, LTD.**

s/ Gary M. Klinger
Gary M. Klinger
(*pro hac vice*)

4849 N. Milwaukee Ave., Ste. 300
Chicago, Illinois 60630
Phone: 773.545.9607
Fax: 773.496.8617
gklinger@kozonislaw.com                **ATTORNEY FOR PLAINTIFF**